#108   WTG\mab   5/12/2021   2021S-0070

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| H. TY WARNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   21-cv-1390 |
| KATHRYN ZIMMIE, | ) | |
| Defendant. | ) | |

### DEFENDANT, KATHRYN ZIMMIE'S, UNCONTESTED MOTION TO VACATE DEFAULT AND FOR LEAVE TO FILE RESPONSIVE PLEADING

Defendant, Kathryn Zimmie, by and through her attorneys, CORBOY & DEMETRIO, P.C., GOLDBERG, PERSKY & WHITE, P.C., and THE LAW OFFICES OF ROBERT M. COHEN, respectfully moves this Court for entry of an Order vacating any and all technical defaults entered against her and granting the Defendant leave to file, *instanter*, her responsive pleading; in support she states:

1. On March 12, 2021, Co-Counsel, Robert M. Cohen, was served with a Waiver of Service of Summons, that was returned executed on March 18, 2021. (ECF: 5).

2. Due to an internal docketing error, the responsive pleading deadline was docketed as May 12, 2021.

3. Defendant seeks leave to vacate any default and file her Motion to Dismiss Pursuant to Fed. R. CIV. P. 12(b)(1) and 12(b)(6), *instanter*.

4. Plaintiff's Counsel has indicated that there is no opposition to the relief sought herein.

WHEREFORE, Defendant, Kathryn Zimmie, respectfully moves this Court for entry of an Order vacating any and all technical defaults entered against her and granting her leave to file, *instanter*, the responsive pleading.

| | |
|---|---|
| May 12, 2021 | /s/ William T. Gibbs<br>William T. Gibbs<br>CORBOY & DEMETRIO, P.C.<br>Attorneys for Defendant<br>33 North Dearborn Street, 21st Floor<br>Chicago, Illinois 60602<br>(312) 346-3191<br>Firm ID. 108<br>ccfiling@corboydemetrio.com<br><br>Robert M. Cohen<br>LAW OFFICES OF ROBERT M. COHEN<br>Attorney for Defendant<br>301 North Canon Drive, Suite 300<br>Beverly Hills, California 90210<br>(310) 277-1127<br>office@bobcohenesq.com<br><br>Jason E. Lukasevic<br>GOLDBERG PERSKY WHITE P.C.<br>Attorney for Defendant<br>11 Stanwix Street, Suite 1800<br>Pittsburgh, PA 15222<br>(412) 471-3980<br>jluckasevic@gpwlaw.com |