#108   WTG\acf   4/19/2021   2021S-0070

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| H. TY WARNER, | | |
| Plaintiff, | | |
| v. | No. | 21-cv-1390 |
| KATHRYN ZIMMIE, | | |
| Defendant. | | |

## DEFENDANT, KATHRYN ZIMMIE'S, MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)

Defendant, Kathryn Zimmie, by and through her attorneys, CORBOY & DEMETRIO, P.C., GOLDBERG, PERSKY & WHITE, P.C., and THE LAW OFFICES OF ROBERT M. COHEN, moves for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) as this Court lacks subject matter jurisdiction and the Complaint fails to state a claim upon which relief can be granted as articulated in her contemporaneously file Memorandum of Law.

WHEREFORE, Defendant respectfully requests that the Court grants her motion to dismiss the Complaint in its entirety, with prejudice.

|  |  |
|---|---|
| May 13, 2021 | /s/ William T. Gibbs<br>William T. Gibbs<br>CORBOY & DEMETRIO, P.C.<br>Attorneys for Defendant<br>33 North Dearborn Street, 21st Floor<br>Chicago, Illinois 60602<br>(312) 346-3191<br>Firm ID. 108<br>ccfiling@corboydemetrio.com<br><br>Jason E. Lukasevic<br>GOLDBERG PERSKY WHITE P.C.<br>Attorney for Defendant<br>11 Stanwix Street, Suite 1800<br>Pittsburgh, PA 15222<br>(412) 471-3980<br>jluckasevic@gpwlaw.com<br><br>Robert M. Cohen<br>LAW OFFICES OF ROBERT M. COHEN<br>Attorney for Defendant<br>301 North Canon Drive, Suite 300<br>Beverly Hills, California 90210<br>(310) 277-1127<br>office@bobcohenesq.com |