#108         WTG\acf         9/13/2021         2021S-0070

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| H. TY WARNER, | | |
| Plaintiff, | | |
| v. | No. | 21-cv-1390 |
| KATHRYN ZIMMIE, | | |
| Defendant. | | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS IN SUPPORT OF HER MOTION TO DISMISS

Defendant, KATHRYN ZIMMIE, by and through her attorneys, CORBOY & DEMETRIO, P.C., GOLDBERG, PERSKY & WHITE, P.C., and THE LAW OFFICES OF ROBERT M. COHEN, moves this Court for the entry of an Order granting her leave to file supplemental exhibit in support of her Motion to Dismiss and states:

1. Plaintiff, H. TY WARNER, filed a Complaint in this Court seeking declaratory relief. (See Exhibit A).

2. On May 13, 2021, Defendant, KATHRYN ZIMMIE, filed a motion to dismiss Plaintiff's Complaint. (See Exhibit B).

3. On June 14, 2021, Plaintiff, H. TY WARNER, filed his Response in Opposition to Defendant's Motion to Dismiss. (See Exhibit C).

4. On June 28, 2021, Defendant, KATHRYN ZIMMIE, filed her reply to Plaintiff's motion in opposition. (See Exhibit D).

5.  On September 1, 2021, in the Superior Court of the State of California, County of Santa Barbara, KATHRYN ZIMMIE filed a Complaint for damages against Plaintiff, H. TY WARNER. The Complaint pleads seven causes of action: (1) Breach of Express Contract; (2) Breach of Implied Contract; (3) Quiet Title; (4) Intentional Infliction of Emotional Distress; (5) Negligent Infliction of Emotional Distress; (6) Conversion; and (7) Fraud/ Civil RICO. (See Exhibit E).

6.  Because her California state court Complaint is central to the arguments raised by ZIMMIE in the motion to dismiss, she seeks leave to file it as a supplemental exhibit to her motion.

7.  Undersigned counsel has conferred with opposing counsel who has indicated that the Plaintiff opposes this motion.

WHEREFORE, Defendant, KATHRYN ZIMMIE, prays for the entry of an order granting her Motion for Leave to File Supplemental Exhibit to Defendant's Motion to Dismiss.

September 16, 2021

/s/ William T. Gibbs

William T. Gibbs
CORBOY & DEMETRIO, P.C.
Attorneys for Defendant
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm ID. 108
wtg@corboydemetrio.com

Jason E. Lukasevic
GOLDBERG PERSKY WHITE P.C.
Attorney for Defendant
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
(412) 471-3980
jluckasevic@gpwlaw.com

Robert M. Cohen
LAW OFFICES OF ROBERT M. COHEN
Attorney for Defendant
301 North Canon Drive, Suite 300
Beverly Hills, California 90210
(310) 277-1127
office@bobcohenesq.com