**Certificate of Service**

On September 16, 2021, I electronically filed a copy of the foregoing document through the CM/ECF system for the United States District Court for the Northern District of Illinois, which will send a notice of electronic filing to all counsel of record and make it available for viewing and downloading from the CM/ECF system.

/s/ William T. Gibbs

William T. Gibbs
Corboy & Demetrio, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois  60602
(312) 346-3191
Atty ID No. 6282949
wtg@corboydemetrio.com